**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Civil Action Number: 4:07−cv−04398**

**ORDER FOR CONFERENCE**

**AND**

**DISCLOSURE OF INTERESTED PARTIES**

1. Counsel and all parties appearing pro se must appear for an initial pretrial and scheduling conference before

**Judge Lee H. Rosenthal**
**on April 25, 2008 at 08:45 AM**
**at United States Courthouse**
**Courtroom 11B, 11th Floor**
**515 Rusk Avenue**
**Houston, Texas 77002**

2. Counsel and all parties appearing pro se must file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. Underline the name of each corporation whose securities are publicly traded . If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, an amended certificate must be filed promptly with the clerk.

3. After the parties meet as required by Fed. R. Civ. P. 26(f), counsel and all parties appearing pro se must prepare and file not less than 10 days before the conference a joint discovery/case management plan containing the information required on the attached form.

4. The court will enter a Scheduling and Docket Control Order and may rule on any pending motions at the conference.

5. Counsel and pro se parties who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6. Attendance by an attorney who has authority to bind each represented party is required at the conference.

7. Counsel and all parties appearing pro se must discuss whether alternative dispute resolution is appropriate and at the conference advise the court of the results of their discussions.

8. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in the dismissal of this action by the court on it own initiative.

9. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of the Court

**Court's Procedures:** Information on the court's practices and procedures and how to reach court personnel may be obtained at the Clerk's website at http://www.txs.uscourts.gov/judges/lhr/lhr.pdf or from the intake desk of the Clerk's office.